# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE ) | GENERAL ORDER |
| ) | |
| ASSIGNMENT OF CASE TO ) | No. 2005-16 |
| THE HON. JOE BILLY McDADE ) | |

Pursuant to the DESIGNATION AND ASSIGNMENT OF A UNITED STATES DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT dated March 3, 2005, and with the concurrence of United States District Judges Joseph F. Bataillon and Joe Billy McDade,

**IT IS ORDERED:**

1.   Effective immediately the following case is reassigned from Judge Bataillon to Judge McDade for the purposes of trial and any pending pretrial motions:

**8:04CR447 USA v. Rogelio Rios-Lopez, Victor Jose Barraza Cazares and Ricardo Barraza**

2.   The magistrate judge assignment will remain unchanged.

3.   This above case will be called for trial in a courtroom to be designated in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **June 20, 2005**, beginning at 1:00 p.m.

**DATED: June 16, 2005**

BY THE COURT:

s/ Joseph F. Bataillon
**Chief Judge**